# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

UNITED STATES OF AMERICA

    V.                                                CASE NUMBER: 3:09CR170

Christopher Lee Davis

      THIS MATTER is before the Court sua sponte.

      **NOW, THEREFORE, IT IS ORDERED** that:

The Bureau of Prisons and the United States Marshals service is hereby ORDERED to transport & produce the body of Defendant, Christopher Lee Davis (USM# 22787-058), for a Motion hearing before the honorable Max O. Cogburn, Jr., in the Western District of North Carolina, Charlotte not later than March 21, 2013, and upon completion of the motion hearing, Defendant is to be returned to the custody of the Bureau of Prisons.

      The Clerk is directed to certify copies of this Order to the United States Attorney, Defendant's Counsel, the United States Marshal Service, and the United States Probation Office.

      IT IS SO ORDERED.

Signed: February 26, 2013

Max O. Cogburn Jr.
United States District Judge